IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LARRY SCHREY,                    :
                                 :
       Plaintiff,                :       CIVIL ACTION
                                 :
  vs.                            :       NO. 09-CV-292
                                 :
HAROLD LOVETT,                   :
                                 :
       Defendant.                :

## ORDER

AND NOW, this 22nd day of April, 2010, upon consideration of Defendant's Motion for Summary Judgment (Doc. Nos. 13, 15, 16) and Plaintiff's response thereto (Doc. No. 19), it is hereby ordered that the Motion is DENIED for reasons set out in the attached Memorandum.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.