## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LARRY SCHREY, | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 09-cv-292 |
| HAROLD LOVETT, | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 17th day of November, 2011, following a non-jury trial on January 25, 2011, upon consideration of the parties' Proposed Findings of Fact and Conclusions of Law and responses thereto (ECF Nos. 29, 30, 32-35), and for the reasons set forth in the accompanying Findings of Fact and Conclusions of Law, it is hereby ORDERED that Judgment is entered in favor of Defendant and against Plaintiff in no amount.

BY THE COURT:


s/J. Curtis Joyner
J. CURTIS JOYNER, C.J.